UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00334-MOC-DSC

| | | |
|---|---|---|
| **JOANN JAMES,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **RONALD TANKAMNERD,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on plaintiff's *pro se* letter to the court (#5). Having considered the letter and reviewed the pleadings, the court enters the following Order.

The letter inquires about a sum of over $14,000 plus one year's interest. (#5) at 1. The *pro se* plaintiff also asks for further information about the case and whether she will obtain this sum by the end of June 2017. (#5) at 2.

Pursuant to an earlier Order (#3) of this court, the action has been dismissed as frivolous, and the matter has been closed.

**ORDER**

**IT IS, THEREFORE, ORDERED** that to the extent that the *pro se* letter (#5) requests relief from the court, it is **DENIED** and no further action is required.

Signed: July 5, 2017

Max O. Cogburn Jr
United States District Judge

-1-