UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00334-MOC-DSC

| | | |
|---|---|---|
| **JOANN JAMES,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **RONALD TANKAMNERD,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on plaintiff's third post-judgment letter to this Court. Plaintiff repeat a number of the contentions made in her earlier correspondence as well as allegations made in her Complaint, which this Court dismissed as frivolous. See Order (#3).

Plaintiff now appears to contend that the Court needs to "send me my money" and seeks money from "Max O. Cogburn (Judge) for insulting my mother" in the amount of "$40,000,00". Letter (#10) at 1 and 4 (errors in the original). Plaintiff apparently goes on to threaten that she will commit fraud by, the Court assumes, writing checks or drawing on a closed account if the Court does not send her money or order Bank of America to refund her money: "I want my money by … 10-31-2017 or I'll use the account number & I'm not kidding ya!" Plaintiff then suggests that "you'd better arrest the CEO Brian Moyihan, Ronald Tankamnerd & the Judge Max O. Cogburn." Id. at 5 (errors in the original).

To the extent plaintiff seeks relief from the Court in her letter, that relief is again denied. To the extent plaintiff is attempting to allege a claim of judicial misconduct, she is advised that unless she files a Complaint of Judicial Misconduct under Rule 6 of the Rules for Judicial-Conduct

-1-

and Judicial-Disability Proceedings, it would be up to the Chief Judge of this District under Rule 5 to identify whether her letter states a viable complaint.  See http://www.uscourts.gov/judges-judgeships/judicial-conduct-disability.  The Court will instruct that a copy of the plaintiff's letter be sent to the Chief Judge of this district for such review.

Finally, to the extent that plaintiff is threatening to commit a criminal act if the Court does no accede to her demands for money, that matter is referred to the United States Attorney and the Clerk of Court will be instructed to send a copy of her pleading and this Order to that office.

**ORDER**

**IT IS, THEREFORE, ORDERED** that

(1)      to the extent plaintiff seeks relief from this Court, that request is DENIED;

(2)      to the extent plaintiff may be seeking to lodge a complaint of judicial misconduct, such letter is referred to the Honorable Frank D. Whitney, Chief District Judge, for his review under Rule 5.  The Clerk of Court shall send a copy of defendant's letter (#10) and this Order to Judge Whitney; and

(3)      to the extent that plaintiff is threatening to commit a criminal act if the Court does no accede to her demands for money, that matter is referred to the United States Attorney and the Clerk of Court is instructed to send a copy of defendant's letter (#10) and this Order to that office.

Signed: October 30, 2017



Max O. Cogburn Jr
United States District Judge