UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00334-MOC-DSC

| | |
|---|---|
| JOANN JAMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| RONALD TANKAMNERD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court by order of referral from the Honorable Max O. Cogburn, Jr., requesting the undersigned, as Chief Judge, review a letter from Plaintiff to the Court (Doc. No. 10) under Rule 5 of the Rules for Judicial-Conduct and Judicial-Disability Proceedings. (See Doc. No. 11). The Court has reviewed Plaintiff's letter and finds it does not state a viable complaint or set forth reasonable grounds for inquiry. Should Plaintiff intend to file a Complaint under Rule 6 of the Rules for Judicial-Conduct and Judicial-Disability Proceedings, Plaintiff should contact the Clerk of Court for the appropriate form.

IT IS SO ORDERED.

Signed: October 31, 2017

Frank D. Whitney
Chief United States District Judge

1