UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-334

| | | |
|---|---|---|
| **JOANN JAMES,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **RONALD TANKAMNERD,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on plaintiff's fifth post-judgment letter to this Court, liberally construed as a *pro se* Motion for Settlement. In said motion, plaintiff offers no contentions that have not already been made in her earlier correspondence and mostly repeats allegations made in her Complaint. However, plaintiff's request for settlement and other allegations are unfounded, as this matter was dismissed last year as frivolous. See Order (#3). As such, no further action is necessary or possible by this Court. Having thus considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that, to the extent plaintiff seeks relief from this Court in her letter construed as a *pro se* Motion for Settlement (#15), that relief is **DENIED**.

Signed: May 8, 2018

Max O. Cogburn Jr
United States District Judge